FILED

SEP - 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )   Criminal No. **08CR2666-WQH**
                               )
            Plaintiff,         )   **FINDINGS AND RECOMMENDATION OF**
                               )   **THE MAGISTRATE JUDGE UPON A**
v.                             )   **PLEA OF GUILTY WITH WAIVER OF**
                               )   **OBJECTIONS AND THE PREPARATION**
**HECTOR GARCIA**,             )   **OF THE PRESENTENCE REPORT**
                               )
            Defendant.         )
_____)

    Upon Defendant's request to enter a plea of Guilty pursuant

to Rule 11 of the Federal Rules of Criminal Procedure, this

matter was referred to the Magistrate Judge by the District

Judge, with the written consents of the Defendant, counsel for

the Defendant, and counsel for the United States.

    Thereafter, the matter came on for a hearing on Defendant's

plea of guilty, in full compliance with Rule 11, Federal Rules of

Criminal Procedure, before the Magistrate Judge, in open court

and on the record.

    In consideration of that hearing and the allocution made by

the Defendant under oath on the record and in the presence of

counsel, and the remarks of the Assistant United States Attorney,

///

**I make the following FINDINGS - that the Defendant understands:**

1.   the right to persist in a plea of "not guilty";

2.   the right to a speedy and public trial;

3.   the right to be tried by a jury, or the ability to waive that right and have a judge try the case without a jury;

4.   the right to the assistance of counsel at trial;

5.   that, at trial, there would be the right to confront and cross-examine the witnesses against the Defendant;

6.   that, at trial, there is the right to present a defense, and the right to have witnesses subpoenaed to testify on the Defendant's behalf;

7.   that, at trial, the Defendant would have the right against compelled self-incrimination;

8.   the nature of the charge filed in this case;

9.   the maximum possible sentence that could be imposed (including imprisonment, fine, term of supervised release, and mandatory special assessment), the effect of a supervised release term, and that the sentencing guidelines are only advisory so that the Court may sentence Defendant up to the statutory maximum;

10.   the terms of the plea agreement;

**I further find that:**

11.   that Defendant's plea of guilty is made knowingly and voluntarily;

12.   the Defendant is competent to enter a plea; and

13.   there is a factual basis for Defendant's plea.

08CR2666-WQH

1    **I therefore RECOMMEND that the District Judge accept the**

2    **Defendant's plea of guilty.**

3    The sentencing hearing will be before United States District

4    **Judge WILLIAM Q. HAYES, on OCTOBER 6, 2008, at 9:00 A.M**.

5    Objections to these Findings and Recommendation were waived

6    by the parties at the hearing.  The parties have also waived the

7    preparation of the Presentence report in this case.

8

9

10   Dated: _SEPTEMBER 2, 2008_    _____

11                                 Honorable CATHY ANN BENCIVENGO
                                    United States Magistrate Judge

12   Copies to:

13   Hon. WILLIAM Q. HAYES
     U.S. District Judge

14
     AMIE ROONEY
15   United States Attorney

16   ANDREW NIETOR
     Counsel for Defendant

17

18

19

20

21

22

23

24

25

26

27

28

3                                                          08CR2666-WQH